FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR - 9 2012

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-MJ-850 |
| Adrian OCHOA | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 6, 2012** in the county of **Bernalillo** in the **Judicial** District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(B) | Knowingly and Intentionally Possess with Intent to Distribute over 50 grams of a mixture or substance containing a detectable amount of Methamphetamine |

This criminal complaint is based on these facts:

*** SEE ATTACHED AFFIDAVIT ***

☒ Continued on the attached sheet.

_____
Complainant's signature

Jarrell W. Perry, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 04-09-2012

City and state: Albuquerque, New Mexico

_____
Judge's signature

Alan C. Torgerson
U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**

On April 6, 2012 Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry was at the Greyhound Bus Station, 320 First Street, Albuquerque, New Mexico to meet the eastbound Greyhound Bus which makes a regularly scheduled stop in Albuquerque, New Mexico.

S/A Perry boarded the bus, walked to the rear of the bus and began conducting consensual encounters with the passengers that were aboard the bus. S/A Perry approached a male, later identified as Adrian OCHOA, who was seated in his respective seat on the bus. S/A Perry displayed his DEA badge to OCHOA, identified himself as a police officer to OCHOA, asked for and received permission to speak with OCHOA. After a short conversation, S/A Perry asked for and received voluntary permission from OCHOA to search OCHOA's person for contraband.

S/A Perry felt a hard-like bundle on the lower right leg of OCHOA. S/A Perry knew from his training and experience that the hard-like bundle was consistent with illegal narcotics. S/A Perry handcuffed OCHOA and removed OCHOA from the bus. S/A Perry lifted up the bottom of OCHOA's right pants leg, which revealed a green colored saran wrapped bundle that was taped to the skin of OCHOA's lower right leg. S/A Perry knew from his training and experience that the bundle and packaging was consistent with illegal narcotics.

OCHOA was transported to the DEA Albuquerque District Office (DEA ADO). At the DEA ADO, S/A Perry and New Mexico State Police Agent Vincent Montez removed the hard-like bundle from OCHOA's lower right leg. S/A Perry and Agent Montez weighed the bundle, approximately 248.00 gross grams. S/A Perry and Agent Montez field-tested the clear crystal like substance from the bundle, which produced a positive reaction for the presence of methamphetamine.

At the DEA ADO, S/A Perry, in the presence of Agent Montez read OCHOA his *Miranda* rights. OCHOA said that he understood his *Miranda* rights and was willing to answer questions. OCHOA said that he knew that he was transporting what he believed to be methamphetamine but, did not know how much. OCHOA said that he was to be paid $500.00 for transporting the methamphetamine to Little Rock, Arkansas.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

Jarrell W. Perry
Special Agent
Drug Enforcement Administration

United States Magistrate Judge